IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TONDA FORD                                                                                           PLAINTIFF

vs.                              Civil No. 1:16-cv-01044

CAROLYN W. COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration

### MEMORANDUM OPINION

Pending now before the Court is Defendant's Motion to Dismiss. ECF No. 7.[1] Plaintiff has not responded to this Motion. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 6. Pursuant to this authority, the Court issues this Memorandum Opinion and orders the entry of a final judgment in this matter.

**1.      Background:**

Defendant filed a Motion to Dismiss alleging Plaintiff's Complaint was untimely filed. ECF No. 7. Defendant states the Complaint was not filed within the statutory time limitation of sixty days following the Commissioner's notice to Plaintiff that her request for review was denied. According to Defendant, the Appeals Council denied Plaintiff's request for review on March 25, 2016. ECF No. 7-1, p. 3. Therefore, Plaintiff should have commenced her civil action on or before May 31, 2016. This date includes the additional five days for receipt by mail and an additional day because May 29, 2016 fell on a Sunday and an additional day because May 30, 2016 was Memorial Day. The Complaint in this case was actually filed on June 1, 2016. ECF No. 1.

---

[1] The docket numbers for this case are referenced by the designation "ECF. No."

**2.    Discussion:**

The only civil action an individual may bring on any claim arising under Title II or Title XVI of the Social Security Act is an action to review the final decision the Commissioner has made after hearing the case. An individual must commence that action within sixty days after receiving notice of the Commissioner's final decision or within such further time as allowed by the Commissioner. The Commissioner may extend the time for instituting a civil action upon a claimant's request and showing of good cause. *See* 42 U.S.C. 405(g); 20 C.F.R. § 422.210(c).

The Appeals Council denied Plaintiff's request for review on March 25, 2016. ECF No. 7-1, p. 3. Based on this, Plaintiff should have commenced her civil action on or before May 31, 2016. This date includes the additional five days for receipt by mail and an additional two days both because May 29, 2016 fell on a Sunday and May 30, 2016 was Memorial Day. Plaintiff filed her Complaint on June 1, 2016. ECF No. 1. Defendant asserts this filing is untimely. Plaintiff has not responded to this Motion to Dismiss. Based on this information, the Court finds Plaintiff's Complaint was not filed timely and should be dismissed.

**3.    Conclusion:**

Based on the foregoing, Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED**. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED** this **6th day of September 2016.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE