IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TONDA FORD                                                                                    PLAINTIFF

vs.                                    Civil No. 1:16-cv-01044

CAROLYN W. COLVIN                                                                     DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this 6th day of September 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE